**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

LIONEL EDWARD KEARSE,            )
                                 )
            Plaintiff,           )
                                 )        Civil Action No. 05-348 Erie
        v.                       )
                                 )
BUREAU OF PRISONS, et al.,       )
                                 )
            Defendants.          )

## <u>MEMORANDUM ORDER</u>

This civil rights action was received by the Clerk of Court on November 21, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 17], filed on July 28, 2006, recommended that Defendants' motion to dismiss or, in the alternative, motion for summary judgment [Doc. No. 14] be granted. The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail and on Defendants.   No objections were filed.  After <u>de novo</u> review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of August, 2006;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss or, in the alternative, motion for summary judgment [Doc. No. 14] is GRANTED.

The Report and Recommendation [Doc. No. 17] of Magistrate Judge Baxter, filed on July 28, 2006, is adopted as the opinion of the Court.

                              s/   Sean J. McLaughlin
                                   United States District Judge

cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge